**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| ALICE A. RUTH, | ) | |
| | ) | |
| Plaintiff, | ) | 3:12-cv-50366 |
| | ) | |
| vs. | ) | |
| | ) | Magistrate P. Michael Mahoney |
| CARSON SMITHFIELD, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Alice A. Ruth hereby dismisses her claim against Defendant Carson Smithfield, LLC with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

**ALICE A. RUTH**

By: s/Francis R. Greene
     One of Her Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

      I, Francis R. Greene, hereby certify that on January 10, 2013, I caused to be filed the forgoing documents with the Clerk of the Court using the CM/ECF System which caused to be sent notification of such filing to the following party:

Mark J. McClenathan
mmcclenathan@heylroyster.com


                                          s/Francis R. Greene
                                          Francis R. Greene