Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 50366 | **DATE** | 1/17/2013 |
| **CASE TITLE** | Ruth vs. Carson | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation of parties, this case is dismissed with prejudice. Case is closed.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sb |
|---|---|---|